IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

KELLIE LEHOUILLIER,

    Plaintiff,  JUDGMENT IN A CIVIL CASE

v.  Case No. 14-cv-52-bbc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered denying plaintiff Kellie Lehouillier's motion for summary judgment and affirming the decision of the Commissioner of Social Security.


| s/V. Olmo, Deputy Clerk | 1/13/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |